# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT DAWES, *et al.*,

                **Plaintiffs,**

  v.

VINEYARD VINES RETAIL, LLC, *et al.*,

                **Defendants.**

**Civil Action No. 13-00291 (TFH)**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 2, 2015, Judge John M. Facciola issued a Report and Recommendation [ECF No. 73] recommending that the Court grant the pending District of Columbia Water and Sewer Authority's Motion for Summary Judgment on Plaintiffs' Third Amended Complaint [ECF No. 61], deny Defendant Vineyard Vines Retail, LLC's Motion for Summary Judgment [ECF No. 62], and deny Defendant's Motion for Summary Judgment [ECF No. 63]. No party filed objections to the proposed findings and recommendations. Accordingly, it hereby is

**ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. It further is

**ORDERED** that District of Columbia Water and Sewer Authority's Motion for Summary Judgment on Plaintiffs' Third Amended Complaint [ECF No. 61] is **GRANTED**. It also is

**ORDERED** that Defendant Vineyard Vines Retail, LLC's Motion for Summary Judgment [ECF No. 62] is **DENIED**. It also is

**ORDERED** that Defendant's Motion for Summary Judgment [ECF No. 63] is **DENIED**. It additionally is

**ORDERED** that, in light of these dispositions, Plaintiffs' Partial Consent Motion for Voluntary Dismissal of Claims Against D.C. Water and Sewer Authority Without Prejudice [ECF No. 72] is **DENIED AS MOOT**. It finally is

**ORDERED** that the parties appear for a status conference on Wednesday, April 8, 2015, at 10:00 a.m. in Courtroom 25A to discuss scheduling further proceedings in this case.

**SO ORDERED**.

February 24, 2015

Thomas F. Hogan
Senior United States District Judge